UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| –v– | **ORDER** |
| LUIS ANTONIO MORENO, | 22-cr-59 (ER) |
| Defendant. | |

Ramos, D.J.:

Sentencing will be held on **October 31, 2024, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

Probation is respectfully ordered to conduct a presentence investigation.

It is SO ORDERED.

Dated: June 12, 2024
   New York, New York

                                     Edgardo Ramos, U.S.D.J.