UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>LUIS ANTONIO MORENO,<br><br>Defendant. | **ORDER**<br><br>22-cr-59 (ER) |

Ramos, D.J.:

The sentencing hearing presently scheduled for October 31, 2024, is hereby adjourned to **December 4, 2024, at 3:30 p.m.**

It is SO ORDERED.

Dated:  September 3, 2024
            New York, New York

_____
Edgardo Ramos, U.S.D.J.