UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

LUIS MORENO,

          Defendant.

**Consent Order of Restitution**

22 Cr. 59 (ER)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Patrick R. Moroney, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count Two of the above Information; and all other proceedings in this case, it is hereby ORDERED:

1. **Amount of Restitution**

Luis Moreno, the defendant, shall pay restitution in the total amount of $175,500, pursuant to 18 U.S.C. § 3663A, to the victims of the offense charged in Count One. The names and addresses of, and amounts owed to, each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Restitution is joint and several with the following defendants in the following case: defendant Gaurav Dhingra in 22 Cr. 180 (KPF). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the victim.

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed

proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). Immediately upon entry of judgment, the defendant will commence monthly installment payments of not less than 10 percent of the defendant's gross income, payable on the 1st of each month.

If the defendant is sentenced to a term of imprisonment, those monthly payments shall commence upon the defendant's release from prison. While serving such a term of imprisonment, the defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in an amount not less than 10 percent of the Defendant's gross income on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: "United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier," as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By: _____     12/19/24
Patrick R. Moroney                                  DATE
26 Federal Plaza, 37th Floor
New York, NY 10278
Tel.: (212) 637-2330

Luis Moreno

By: _____     12-19-2024
Luis Moreno                                          DATE

By: _____     12/19/24
Julie Rendelman, Esq.                          DATE
Attorney for Defendant Luis Moreno
525 Fifth Avenue, Suite 2525
New York, NY 10017

SO ORDERED:

_____     12/19/2024
HONORABLE EDGARDO RAMOS          DATE
UNITED STATES DISTRICT JUDGE

4